**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 16- 116 |
| v. | (RC) |
| JARRETT LEWIS, | |
| Defendant. | |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and defendant JARRETT LEWIS ("LEWIS"), with the concurrence of his attorney, agree and stipulate as follows:

### BACKGROUND

1.  Since about September 2012 defendant Jarrett Lewis ("LEWIS") worked for a Washington, D.C., affordable housing and community development organization. LEWIS was the "Social Enterprise and Financial Manager," until September 2013 when his title changed to "Social Enterprises Budgets and Contracts Manager."

### THE SCHEME

2.  During the month of September 2014 and continuing through in or about May 2015, defendant LEWIS intentionally devised a scheme to falsely assume the identity of and pretend to be an officer and employee of the United States acting under the authority thereof, that is, a Chief of Staff for the Honorable John Lewis, a member of the United States House of Representatives, and in such assumed or pretended character, with intent to defraud, did falsely

1

demand or obtain a thing of value, i.e., admission and special privileges at a high-end South Beach, Miami, FL restaurant, bar and lounge, and Washington Redskins field passes.

## THE CONDUCT

3. The defendant's scheme was brought to the attention of law enforcement on September 18, 2014, by the actual Chief of Staff for Congressman Lewis. Congressman Lewis's actual Chief of Staff reported that on September 12, 2014, he received information that someone claiming to be Congressman Lewis's Chief of Staff was requesting special treatment for someone who was claiming to be Congressman Lewis's son at a high-end restaurant in Miami, Florida.

4. The restaurant owner provided Congressman Lewis's actual Chief of Staff with emails documenting these requests. These emails seeking benefits on behalf of Congressman Lewis's alleged son falsely identified the defendant, JARRETT JOHN LEWIS, as Congressman Lewis's son. Moreover, while the signature block for the emails provided the correct Congressional address of "343 Cannon House Office Building, Washington, DC 20515" for Congressman Lewis's office, the emails provided phone numbers and email addresses either personally registered to defendant LEWIS or assigned to him by the affordable housing and community development organization for which he worked.

5. Similarly, in September 2014, LEWIS contacted the Washington Redskins football organization, pretending to be the actual Chief of Staff for Congressman Lewis. Explicitly invoking the Chief of Staff's position, LEWIS requested field passes for a Washington Redskins sports event for himself.

This statement of the offense is not intended to constitute a complete recitation of all facts known by defendant LEWIS, but is, instead, intended to provide the necessary factual basis for the guilty plea.

CHANNING PHILLIPS
UNITED STATES ATTORNEY

By: _____
MERVIN A. BOURNE, JR.
D.C. Bar No. 490175
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-6979 (telephone)
Mervin.Bourne@usdoj.gov (email)

## DEFENDANT'S ACCEPTANCE

I have read every word of this Statement of Offense. Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, after consulting with my attorney, I agree and stipulate to this Statement of the Offense, and declare under penalty of perjury that it is true and correct.

7/20/16
Date

Jarrett Lewis
Defendant

## ATTORNEY'S ACKNOWLEDGEMENT

I have discussed this Statement of Offense with my client, Jarrett Lewis, and I concur with his decision to stipulate to this Statement of the Offense.

7/20/16
Date

Dani Jahn
Attorney for Defendant Jarrett Lewis

CHANNING PHILLIPS
UNITED STATES ATTORNEY

By: _____
MERVIN A. BOURNE, JR.
D.C. Bar No. 490175
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-6979 (telephone)
Mervin.Bourne@usdoj.gov (email)